UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLYNN COMSTOCK,

                  Plaintiff,

    v.

MICROSOFT CORPORATION, *et al.*,

                  Defendants.

CASE NO. **2:26-cv-01307-RAJ**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 1). The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 15th day of April, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS, DKT. 1 - 1