HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROLYNN COMSTOCK,

Plaintiff,

v.

MICROSOFT CORPORATION, et al.,

Defendants.

CASE NO. 2:26-cv-01307-RAJ

ORDER

This case is dismissed without prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal, Dkt. # 28, and Federal Rule of Civil Procedure 41(a)(1)(A)(i).  In dismissing the case, the Court does not adopt any of the statements made in Plaintiff's Notice of Voluntary Dismissal.  The pending motions in this case, Dkt. # 15, 17, 18, 20, 22, 23, 24, 25, 26, 27, shall be terminated as moot.

Dated this 23rd day of April, 2026.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER – 1